**J. M. ROUNTREE, Director of Internal Revenue for the District of Tennessee, Appellant,**

v.

**Herbert HERFF and Minna G. Herff, Appellees.**

No. 12395.

United States Court of Appeals
Sixth Circuit.

June 15, 1956.

Charles K. Rice, Washington, D. C., Fred Elledge, Jr., Nashville, Tenn., for appellant.

Ed. M. Lowrance, Lowrance & Stivers, Memphis, Tenn., for appellees.

PER CURIAM.

Upon stipulation of counsel for the parties, it is ordered that the appeal in this cause be and it hereby is dismissed, without prejudice to any right of the appellees to take an appeal in this action. D.C., 140 F.Supp. 201.

**Herbert S. MILLER, for the Benefit of Himself and All Persons Similarly Situated, Appellants,**

v.

**J. H. GILLIECE and W. K. WELLS, Personally and as Representatives of all Members of the Brotherhood of Railroad Trainmen, and The Pennsylvania Railroad, Appellees.**

No. 12679.

United States Court of Appeals
Sixth Circuit.

June 4, 1956.

George A. Lutz, Cincinnati, Ohio, for appellants.

James A. Culbertson and John W. Hudson, Cincinnati, Ohio, for appellees.

Before SIMONS, Chief Judge, and McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed upon the authority of Pigott v. Detroit, Toledo & Ironton Railroad Co., 6 Cir., 221 F.2d 736.